BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>    v. <br> RONALD W. GROVES, et al., <br>         Defendants. | CR. NO.S-07-00229-KJM <br><br> ORDER DISMISSING COUNTS 3, 9-11 AND 16 OF THE INDICTMENT |

Based on the government's motion,

IT IS HEREBY ORDERED that counts 3, 9, 10, 11 and 16 of the above-captioned indictment filed on May 31, 2007, be and hereby are dismissed as to both defendants.

DATED: March 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

1