Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, #350
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Donald Mann

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DONALD MANN,

    Defendant.

Cr.S. 07-229 KJM

ORDER APPOINTING COUNSEL FOR THE PURPOSES OF APPEAL

**GOOD CAUSE APPEARING** Attorney Krista Hart is appointed to represent Donald Mann on the direct appeal to the Ninth Circuit Court of Appeals.

DATED: March 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

1